ROBERT COLVIN ET AL *v.* JAMES H. REYNOLD'S ASSIGNEE ET AL.

Executors—Administrators—Distributee—Overpayment—Motion.

Where an administrator overpays a distributee, pendente lite, a rule for restitution is the proper remedy.

APPEAL FROM MARION CIRCUIT COURT.

March 8, 1870.

OPINION OF THE COURT BY JUDGE ROBERTSON:

If the payments to the appellants of their entire demands considerably exceeded their *pro rata* portions of the distributable fund as finally reduced, they are equitably liable to restitution of the excess. And as those inadvertent payments by the administrator were made *pendente lite,* a rule for restitution was an appropriate remedy.

Wherefore, as there is no apparent error, the judgment is affirmed.

*Caldwell, Rissell & A., for appellant.*
*Garnett, for appellees.*